UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID W. FIORE,
    Plaintiff,

v.                                            C.A. 11-210 S

DENISE D. DUPRE, STEPHEN
J. CAPINERI, BARBARA E.
GRADY, CHRISTINE M. RICHARDS
(GOUGH), DAVID K. RICHARDS,
CHARLOTTE M. RICHARDS, STATE
OF RHODE ISLAND, (as Municiple
Corporation),
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on June 16, 2011 (ECF #3) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (ECF #4) is rejected and Plaintiff's Motion for Leave to Proceed in forma pauperis (ECF #2) is hereby DENIED and the matter is DISMISSED pursuant to 28 U.S.C. §1915(e)(2).

ENTER:

_____
William E. Smith
United States District Judge

date: 7/13/11